UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

WEILL CORNELL MEDICAL COLLEGE
OF CORNELL UNIVERSITY; et al.,

                Defendants.

16-CV-3531

ORDER

LORETTA A. PRESKA, Chief United States District Judge:

      Plaintiff, proceeding *pro se,* has filed a motion, in which he requests permission to proceed under the pseudonym, John Doe. The Court grants Plaintiff's request as a temporary measure. The docket sheet shall name Plaintiff as John Doe, and the Clerk of Court is directed to restrict public viewing of the documents submitted by Plaintiff. The Clerk of Court is also directed to identify the complainant, who is named as a defendant, as Jane Doe. Plaintiff's address shall not be listed on the docket sheet. Because the Court has directed the Clerk of Court to institute these temporary measures, the Clerk is directed to return to Plaintiff all documents captioned with Plaintiff as a John Doe Plaintiff.

SO ORDERED.

Dated:   May 12, 2016
              New York, New York

                                            */s/ Loretta A. Preska*
                                          LORETTA A. PRESKA
                                     Chief United States District Judge