UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JOHN DOE,

                      Plaintiff,

                                                        Civil Action No.
                                                        16- CV-03531 (WHP)

    v.

WEILL CORNELL MEDICAL COLLEGE OF
CORNELL UNIVERSITY, JANE DOE

                                                        **ECF FILED**

                      Defendants.
_____

## **NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned, an attorney duly admitted to practice before this Court, hereby appears in this action as counsel for Defendant Weill Cornell Medical College of Cornell University.


Dated:       New York, N.Y.
                 May 18, 2016

                                                       Respectfully submitted,

                                                        /s/ Sheryl A. Orwel_____
                                                        Sheryl A. Orwel (SO-1577)
                                                        Associate University Counsel
                                                        OFFICE OF UNIVERSITY COUNSEL
                                                        Weill Cornell Medical College
                                                        445 East 69th Street, Suite 405
                                                        New York, New York 10021
                                                        (212) 746-0463