UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>-against-<br><br>WEILL CORNELL MEDICAL COLLEGE OF CORNELL UNIVERSITY; JANE DOE,<br><br>                Defendants. | 16-CV-3531 (WHP)<br><br><u>ORDER</u> |

WILLIAM H. PAULEY III, United States District Judge:

        John Doe and Weill Cornell's joint e-mail application dated May 27, 2016, seeking leave to produce a copy of the sealed May 20, 2016 preliminary injunction hearing transcript to ███████, is granted on consent.

        The parties shall not produce copies of the sealed hearing transcript to other non-parties without approval from this Court.

Dated:   May 27, 2016
            New York, New York

SO ORDERED:

_/s/ William H. Pauley III_
WILLIAM H. PAULEY III
U.S.D.J.