UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JOHN DOE,                                          :

            Plaintiff,                  :

                                            16cv3531
        -against-                           :
                                          <u>ORDER</u>

WEILL CORNELL MEDICAL COLLEGE :
OF CORNELL UNIVERSITY, and
CORNELL UNIVERSITY,                     :

           Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
WILLIAM H. PAULEY III, District Judge:

        Plaintiff shall file redacted copies of ECF Nos. 1, 2, 3, 4, 5, 10, 13, and 14.  The parties must make any applications to seal additional documents in this action by July 8, 2016.

After that date, this Court will vacate the restrictions on public access to this docket.

Dated:  June 28, 2016
       New York, New York

                                            SO ORDERED:

                                            _____
                                               WILLIAM H. PAULEY III
                                                     U.S.D.J.

*All Counsel of Record via ECF.*