UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>  -against-<br><br>WEILL CORNELL MEDICAL COLLEGE<br>OF CORNELL UNIVERSITY, and CORNELL<br>UNIVERSITY,<br><br>       Defendants. | 16-CV-3531 (WHP)<br><br>ORDER |

WILLIAM H. PAULEY III, United States District Judge:

  The Clerk of Court is directed to strike, and close the motions pending at ECF Nos. 47, 48, 49, 50, 51, 52, 53, and 54.  The Clerk of Court is directed to seal ECF No. 39.

  Plaintiff shall refile redacted copies of these documents in a way that does not identify Plaintiff's name, or the names of witnesses involved in this action.  The parties' time to file redacted copies of any documents is extended to July 22, 2016.

  In future filings, the parties shall continue to redact Plaintiff's name, and the names of any witnesses whose privacy interests may be compromised by this proceeding.

Dated: July 8, 2016
    New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.