# THE KAPLAN LAW OFFICE
## SUSAN KAPLAN, PHD, ESQ.
## CHARLES CARANICAS, ESQ.

30 WALL ST. 8th FL.  
NEW YORK, NEW YORK 10005

TEL:   (347) 683-2505  
skaplan@lawkaplan.com

December 15, 2016

**VIA ECF and First Class Mail**

The Honorable William H. Pauley  
Daniel Patrick Moynihan United States Courthouse  
Chambers Room 1920  
500 Pearl Street  
New York, NY 10007

**MEMO ENDORSED**

Re:   *John Doe v. Cornell Weill, Jane Doe SDNY 16CV3531-WHP*

Dear Judge Pauley:

We represent Plaintiff in the above-referenced action, and we write with Defendants' consent to request that the deadline set forth in the Court's Order dated November 17, 2016 (Document Number 92) for Plaintiff to file an application to reopen the action or for the parties to submit the settlement agreement to the Court be extended to and including December 31, 2016. The parties have not yet reached agreement on a number of issues and continue to negotiate. This is the first request for such an extension.

Respectfully Submitted,

Susan Kaplan (SRK 1735)

---

Application approved. The deadline to file an application to reopen the case or submit a settlement agreement to the Court is extended to December 31, 2016.

Dated: December 16, 2016  
       New York, NY

SO ORDERED:

_____  
WILLIAM H. PAULEY III  
U.S.D.J.